UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL R. SCHIRRIPA, Individually and     :     No. 07-cv-11044 (DAB)
on Behalf and All Others Similarly Situated,   :
                                              :
           Plaintiff,                         :     **NOTICE OF VOLUNTARY**
                                              :     **DISMISSAL PURSUANT**
     vs.                                      :     **TO F.R.C.P. 41(a)(1)**
                                              :
CELLCO PARTNERSHIP, A Delaware General        :
Partnership d/b/a/ VERIZON WIRELESS,          :
                                              :
           Defendant.                         :
-----------------------------------------------------------------x

    PURSUANT TO FEDERAL RULE of Civil Procedure 41(a)(1) Plaintiff, by and through his attorneys, herein voluntarily dismisses without prejudice the action set forth in the above caption. In accordance with Rule 41(a)(1), this voluntary dismissal has been filed before defendants have filed an answer or a motion for summary judgment and before certification of any class.

Dated: New York, New York
      January 24, 2008        SCHOENGOLD SPORN LAITMAN &
                                    LOMETTI, P.C.

                                    */s/ Daniel B. Rehns*
                                    Joel P. Laitman (JL-8177)
                                    Jay P. Saltzman (JS-7335)
                                    Daniel B. Rehns (DR-5506)
                                    19 Fulton Street, Suite 406
                                    New York, NY 10038
                                    Tel: (212) 964-0046
                                    Fax: (212) 267-8137

                                    *Counsel for Plaintiff and Proposed Putative Class*

# CERTIFICATE OF SERVICE

I, DANIEL B REHNS, one of the counsel for Plaintiff Mr. Michael R. Schirripa, hereby certify that on January 24, 2008, I filed a copy of Plaintiffs' Notice of Voluntary Dismissal with Clerk of the Court by ECF and served a copy of said document by e-mail on the following:

Jeffrey S. Jacobson, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

                                            */s/ Daniel B. Rehns*
                                            Daniel B. Rehns