UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MICHAEL R. SCHIRRIPA, Individually and : No. 07-cv-11044 (DAB)
on Behalf and All Others Similarly Situated, :
 :
Plaintiff, : NOTICE OF VOLUNTARY
 : DISMISSAL PURSUANT
vs. : TO F.R.C.P. 41(a)(1)
 :
CELLCO PARTNERSHIP, A Delaware General :
Partnership d/b/a/ VERIZON WIRELESS, :
 :
Defendant. :
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2008

    PURSUANT TO FEDERAL RULE of Civil Procedure 41(a)(1) Plaintiff, by and through his attorneys, herein voluntarily dismisses without prejudice the action set forth in the above caption. In accordance with Rule 41(a)(1), this voluntary dismissal has been filed before defendants have filed an answer or a motion for summary judgment and before certification of any class.

Dated: New York, New York
       January 24, 2008

SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.

_____
Joel P. Laitman (JL-8177)
Jay P. Saltzman (JS-7335)
Daniel B. Rehns (DR-5506)
19 Fulton Street, Suite 406
New York, NY 10038
Tel: (212) 964-0046
Fax: (212) 267-8137

*Counsel for Plaintiff and Proposed Putative Class*

SO ORDERED

_____
DEBORAH A. BATTS 2/14/08
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I, DANIEL B REHNS, one of the counsel for Plaintiff Mr. Michael R. Schirripa, hereby certify that on January 24, 2008, I filed a copy of Plaintiffs' Notice of Voluntary Dismissal with Clerk of the Court by ECF and served a copy of said document by e-mail on the following:

Jeffrey S. Jacobson, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Daniel B. Rehns